JON FIELD, ESQ. (NSB 7700)
RICHARD COLBERT, ESQ. (TN 009397) (*pro hac vice* application forthcoming)
BRIAN BOYD, ESQ (TN 023521) (*pro hac vice* application forthcoming)
SARAH INGALLS, ESQ (TN 038383) (*pro hac vice* application forthcoming)
THOMPSON BURTON, PLLC
11700 W. Charleston Blvd., Ste. 170
Las Vegas, Nevada 89135
One Franklin Park
6100 Tower Circle Suite 200
Franklin, Tennessee 37067
Tele: (615) 465-6000
Email: jfield@thompsonburton.com
*Attorneys for Plaintiff Freehold Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FREEHOLD HOLDINGS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>*v.*<br><br>WILSON HAND, LLC, a Wyoming limited liability company doing business in Utah; FREEHOLD PARTNERS, LLC, a Delaware limited liability company; WINTER HAVEN, INC., a Montana nonprofit corporation; and JARED BERG,<br><br>Defendants. | Case No.: 2:25-cv-02433-JAD-BNW<br><br>**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT FOR A SUM CERTAIN; DISMISSING CLAIMS AGAINST JARED BERG WITHOUT PREJUDICE; and CLOSING CASE**<br><br>**ECF No. 16** |

THIS MATTER having come before the Court on Plaintiff Freehold Holdings, LLC's Motion for Entry of Default Judgment for a Sum Certain (Document 16), and the Court having reviewed the Motion, the Complaint (Document 1), the Clerk's Entry of Default (Document 14), the Declaration of Rajiv Rishi, and the exhibits attached thereto, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Default Judgment for a Sum Certain **[ECF No. 16]** is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to **ENTER default judgment** in favor of Plaintiff Freehold Holdings, LLC and against Defendants Wilson Hand, LLC; Freehold Partners, LLC; and Winter Haven, Inc., jointly and severally, as follows:

1. Judgment in the amount of $10,393,472.07, representing the value of STRIPS income stream rights;

2. Pre-judgment interest at the applicable rate from December 31, 2024, through the date of this order; and

3. Post-judgment interest under 28 U.S.C. § 1961.

4. On plaintiff counsel's request at the October 26, 2026, hearing on the motion for entry of default judgment, **the claims against Defendant Jared Berg are DISMISSED** without prejudice, and the Clerk of Court is directed to **CLOSE THIS CASE.**

HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE
October 26, 2026

Submitted for Entry:

By: /s/ Jon E. Field

JON E. FIELD, ESQ.
Nevada Bar No. 7700
THOMPSON BURTON, PLLC
One Franklin Park
6100 Tower Circle Suite 200
Franklin, Tennessee 37067
Tele: (615) 475-7250
Email: jfield@thompsonburton.com

*Attorney for Plaintiff FREEHOLD HOLDINGS, LLC*